UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON

| | |
|---|---|
| BOBBIE J. ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,<br><br>    Defendant. | CIVIL NO. 6:20-CV-233<br><br><br>**MEMORANDUM ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Commissioner's unopposed motion to remand this case to the Social Security Administration for further proceedings. (DE 16). Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing and a new decision. The plaintiff does not oppose this request. Therefore, the Court, having reviewed the record and being adequately advised,

IT IS ORDERED as follows:

1. The Commissioner's Motion to Remand (DE 16) is GRANTED;
2. Plaintiff's Motion for Summary Judgment (DE 12) is DENIED as moot.
3. The Court shall enter a Judgment by separate Order.

This the 23rd day of September, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge